AMT/2019R00719

**FILED**

NOV 1 4 2019   SB

AT ⬤⬤⬤ 1:30 P.M
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| | : | |
| v. | : | Crim. No. 19- 821 (ES) |
| | : | |
| FRANK MICHAEL MONTE | : | 18 U.S.C. § 115(a)(1)(B) |
| | : | 18 U.S.C. § 875(c) |

## I N D I C T M E N T

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

### COUNT 1
### (Threat against a Federal Law Enforcement Officer)

On or about July 21, 2019, in the District of New Jersey and elsewhere, the defendant,

### FRANK MICHAEL MONTE,

did threaten to assault and murder a federal law enforcement officer, namely an officer employed by the U.S. Department of Veterans Affairs Police, and did so with the intent to impede, intimidate, and interfere with him while engaged in the performance of official duties, and with the intent to retaliate against him on account of the performance of official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

1

## COUNT 2
**(Threat against a Federal Law Enforcement Officer)**

On or about October 15, 2019, in the District of New Jersey and elsewhere, the defendant,

FRANK MICHAEL MONTE,

did threaten to assault a federal law enforcement officer, namely a special agent employed by the U.S. Secret Service, and did so with the intent to impede, intimidate, and interfere with him while engaged in the performance of official duties, and with the intent to retaliate against him on account of the performance of official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT 3
**(Threat in Interstate Commerce)**

On or about October 15, 2019, in the District of New Jersey and elsewhere, the defendant,

FRANK MICHAEL MONTE,

did knowingly transmit, in interstate commerce, a communication containing a threat to injure the person of another, namely the U.S. Secret Service special agent specified in Count 2 of this Indictment, with the intent to make a threat and with knowledge that the communication would be viewed as a threat.

In violation of Title 18, United States Code, Section 875(c).

## COUNT 4
### (Threat against a Federal Law Enforcement Officer)

On or about October 18, 2019, in the District of New Jersey and elsewhere, the defendant,

FRANK MICHAEL MONTE,

did threaten to assault a federal law enforcement officer, namely the U.S. Secret Service special agent specified in Count 2 of this Indictment, and did so with the intent to impede, intimidate, and interfere with him while engaged in the performance of official duties, and with the intent to retaliate against him on account of the performance of official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT 5
### (Threat in Interstate Commerce)

On or about October 18, 2019, in the District of New Jersey and elsewhere, the defendant,

FRANK MICHAEL MONTE,

did knowingly transmit, in interstate commerce, a communication containing a threat to injure the person of another, namely the U.S. Secret Service special agent specified in Count 2 of this Indictment, with the intent to make a threat and with knowledge that the communication would be viewed as a threat.

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

FOREPERSON

CRAIG CARPENITO
United States Attorney

CASE NUMBER:   19-CR- 821/(ES)

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### UNITED STATES OF AMERICA

v.

### FRANK MICHAEL MONTE

# INDICTMENT FOR

18   U.S.C. §§   115, 875

A True Bill,

Foreperson

CRAIG CARPENITO
UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

ANDREW TROMBLY

ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
973-645-2847