**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE: NEWARK**                                    **DATE:** 9/23/2020
**JUDGE: JOHN MICHAEL VAZQUEZ**
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**                                    **DOCKET#** 19-821

United States of America
v.
Frank Monte

**APPEARANCES:**

Andrew Trombly, AUSA
John McMahon, Esq.
Frank Monte present by ZOOM video conferencing

**Nature of Proceedings**:  ARRAIGNMENT HEARING held on the record by ZOOM video conferencing

Defendant sworn.
Defendant enters a plea of Not Guilty to Count 1, 2, 3, 4, 5 of Indictment.
Defendant consented to participate by ZOOM video conferencing.
Order entered.
Court issued a briefing schedule for any potential motions.
Order to issue.

**Time Commenced: 2:00**
**Time Adjourned: 3:00**
**Total Time: 1:00**

RoseMarie Olivieri
SENIOR COURTROOM DEPUTY