UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>FRANK MICHAEL MONTE,<br><br>*Defendant*. | Crim. Action No. 19-821<br><br>**OPINION & ORDER** |

**John Michael Vazquez, U.S.D.J.**

For the reasons stated on the record on July 28, 2021, and for good cause shown,

IT IS on this 2nd day of August 2021 hereby

**ORDERED** that Defendant Frank Monte's motion[1] to represent himself *pro se* is **GRANTED** effective July 28, 2021; and it is further

**ORDERED** that John McMahon, Esq., is appointed as Mr. Monte's stand-by counsel.

_____
John Michael Vazquez, U.S.D.J.

---

[1] Mr. Monte had indicated in recent filings before July 28, 2021 that he was representing himself *pro se*. However, as the Court explained on the record, the Court had never relieved Mr. McMahon as counsel prior to verbally confirming with Mr. Monte that he did in fact wish to proceed *pro se*, conducting the necessary colloquy, and making the pertinent findings.