UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

FRANK MICHAEL MONTE,
    Defendant,

                                                            Case No.:

                                                            19-cr-821-JMV

    --against--

UNITED STATES OF AMERICA,
    Plaintiff.

NOTICE OF APPEAL

Comes now, *Frank Michael Monte*, the defendant, pro se, in propria persona, *sui juris*, on the 11TH day of *August, 2021*, formally submits to the Honorable Court and affirms: Notice is hereby given that an appeal shall be taken to the United States Court of Appeals for the 3rd (third) Circuit, from an order handed down by the *Honorable John Michael Vazquez*, on the 2nd (second) day of August, 2021, in and for the above captioned matter. D.E. No. 136.

This notice is being made pursuant to *Federal Rules of Criminal Procedure*, Rule No. 3 (a) and 4 (b), respectively.

Respectfully Submitted,

*Frank Monte*

FRANK MICHAEL MONTE, Pro Se

130 Route 10 West
Suite 534
East Hanover, NJ 07936
Email: ardentsystems@gmail.com
Contact: (954) 629-1289

CERTIFICATE OF SERVICE

Frank M. Monte, on the *11TH* day of *August, 2021*, affirm under penalty of perjury, that I served a true and correct copy of the: *"Notice of Appeal"* to the party listed herein, by mailing said copies of the attached papers, first class mail, via the United States Post Office.

The party served is as followed:

1. Honorable: Merrick Garland – *United States Attorney General.*

And by way of E-mail/ electronic filing, to:

2. Andrew Mark Trombly – *Assistant United States Attorney.*
3. John J. McMahon, Esq. – *Counsel (Standby).*


Respectfully Submitted,

*Frank Monte*

FRANK MICHAEL MONTE, Pro Se

130 Route 10 West
Suite 534
East Hanover, NJ 07936
Email: ardentsystems@gmail.com
Contact: (954) 629-1289