Dear Clerk,

     Please see attached "Notice of Appeal," in which is *timely* submitted to be "filed and docketed," therefore made part of the official record; by you and your office; i.e., Case No. 19-cr-821-JMV.

     Moreover, Pursuant to Fed. R. Civ. P. 5(b), and Fed. R. Civ. P. 77(d), Local Civil Rule 5.2 and the Court's Electronic Case Filing Policies and Procedures, documents may be served through the court's transmission facilities by electronic means. Documents that are not permitted to be served electronically are pleadings that are to be served with process under Fed.R.Civ.P. 4.

     I <u>Frank Michael Monte</u> hereby consent to receive service of documents and notice of electronic filings via the Court's electronic filing system to the extent and in the manner authorized by the above rules and waiving the right to receive notice by first class mail pursuant to Fed.R.Civ.P. 5(b)(2)(D) and Fed.R.Civ.P. 77(d).

     **Pursuant to Local Civil Rule 10.1, I will promptly notify the Court if there is a change in my personal data, such as name, address, and/or e-mail address.** I will promptly notify the Court to request cancellation of electronic service.

     <u>My new address is: 130 Route 10 West, Suite 534, East Hanover, NJ 07936.</u>

Thank you, for your time and consideration.

Respectfully Submitted,

*Frank Monte*

FRANK MICHAEL MONTE, Pro Se

130 Route 10 West
Suite 534
East Hanover, NJ 07936

Email: ardentsystems@gmail.com
Contact: (954) 629-1289