# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>FRANK MICHAEL MONTE,<br><br>*Defendant*. | Crim. Action No. 19-821<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

Pursuant to the Criminal Justice Act ("CJA"), this Court previously appointed John McMahon, Esq., as stand-by counsel for *pro se* Defendant Frank Monte. However, as jury selection was commencing on March 1, 2022, Monte refused to go forward if McMahon remained as stand-by counsel. As a result, the Court relieved Mr. McMahon as stand-by counsel. On March 3, 2022, as jury selection was being finalized, Monte requested that Mr. McMahon be reappointed as stand-by counsel. The Court granted the request and adjourned the proceeding to permit Mr. McMahon time to get to the courthouse. As a result, and for good cause shown,

IT IS on this 3rd day of March 2022 hereby

**ORDERED** that Mr. McMahon is terminated as stand-by counsel, retroactive to March 1, 2022, and it is further

**ORDERED** that Mr. McMahon is reappointed as stand-by counsel, effective March 3, 2022.

John Michael Vazquez, U.S.D.J.