UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. John Michael Vazquez |
| | : | |
| v. | : | |
| | : | Crim. No. 19-821 (JMV) |
| FRANK MONTE | : | |

VERDICT FORM

We, the jury, unanimously find:

**COUNT 1**
**(Threats against a federal law enforcement officer)**

Not Guilty _____         Guilty __✓__

**COUNT 2**
**(Threats against a federal law enforcement officer)**

Not Guilty _____         Guilty __✓__

**COUNT 3**
**(Interstate threats)**

Not Guilty _____         Guilty __✓__

1

## COUNT 4
**(Threats against a federal law enforcement officer)**

Not Guilty \_\_\_\_        Guilty  ✓

## COUNT 5
**(Interstate threats)**

Not Guilty \_\_\_\_        Guilty  ✓


FOREPERSON SIGNATURE: _____

DATE: 3/7/2022