UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| United States of America | : | Criminal No. 19-821 (JMV) |
| | : | |
| v. | | |
| Frank Michael Monte | : | ORDER OF DETENTION |
| Defendant(s) | : | |

The United States Marshal Service is directed to take defendant, Frank Monte into their custody pending sentencing.

SO ORDERED.

_____
JOHN MICHAEL VAZQUEZ, U.S.D.J.

Date: 3/4/2022