# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Frank Michael Monte,<br><br>          Defendant. | Criminal Action No. 19-821  (JMV)<br><br><br>**SEALING ORDER** |

**John Michael Vazquez, U.S.D.J.**

     **THIS MATTER** having come before the Court on its own motion, and for good cause shown,

     IT IS, on this 1st day of March, 2022,

**ORDERED** that, the un-redacted transcripts of the court proceeding held on March 1, 2020 through March 3, 2022 in the above-captioned matter, shall be sealed and the Clerk of the Court shall file the redacted versions on the public docket; and it is further

     **ORDERED** that counsel for both the Government and Defendant shall have access to the sealed transcript by requesting same from the official court reporter.

                                                             *(signature)*
                                                           John Michael Vazquez, U.S.D.J.