July 29, 2022

**FRANK MICHAEL MONTE**
Essex County Correctional Facility
354 Doremus Avenue
Newark, N.J. 07105

**John M. Vasquez, U.S.D.J.**
U.S Courthouse
~~354 Doremus Avenue~~
Newark N.J. 07102

<u>R.E.; District Court of New Jersey, Case Number: 19-cr-821-JMV</u>

Dear Judge Vazquez,

At this time I respectfully request to be produced for a **"status hearing,"** *in person and/or by video teleconference*; so I may further address the court… *on the record*. "More specifically, your Honor, in light of the fluid nature thereof, clarity of the material facts, *inter alia*, before we proceed to the so-called sentencing."

This request is made in good faith… and in the interest and furtherance of justice.

Sincerely,

Frank Michael Monte, *pro se*
Essex County Correctional Facility
354 Doremus Avenue
Newark, N.J. 07105

CC: John J. McMahon, Esq

July 29, 2022

**FRANK MICHAEL MONTE**
Essex County Correctional Facility
354 Doremus Avenue
Newark, N.J. 07105

**John M. Vasquez, U.S.D.J.**
U.S Courthouse
~~354 Doremus Avenue~~
Newark N.J. 07102

<u>R.E.; District Court of New Jersey, Case Number: 19-cr-821-JMV</u>

Dear Judge Vazquez,

At this time I respectfully request to be produced for a "**status hearing,**" *in person and/or by video teleconference*; so I may further address the court… *on the record*. "More specifically, your Honor, in light of the fluid nature thereof, clarity of the material facts, *inter alia*, before we proceed to the so-called sentencing."

This request is made in good faith… and in the interest and furtherance of justice.

Sincerely,

*[signature]*

Frank Michael Monte, *pro se*
Essex County Correctional Facility
354 Doremus Avenue
Newark, N.J. 07105

CC: John J. McMahon, Esq

FRANK MONTE
BIC 2700 1870
ESSEX COUNTY CF
354 DONEMUS AVE
NEWARK, NJ 07105

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2022 AUG -2 A 11: 30

Hon. John Michael Vazquez
Clerk of The Court
50 Walnut Street
Newark, NJ 07102

07102-355199

XRAYE

BY DANIELS NJ 070
29 JUL 2022 PM 6 L